**STEWART B. HARMAN, #11313**
**CARSON M. FULLER, #17571**
**PLANT, CHRISTENSEN & KANELL**
*Attorney for Defendants*
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
Telephone: (801) 363-7611
Email: sharman@pckutah.com

IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CODY WAYNE GREENLAND,<br><br>        Plaintiff,<br><br>v.<br><br>D.T. CANNON, C. KINNAMAN, S. BLACKBURN; SGT. Q. ADAMSON, American Fork Police Officers, AMERICAN FORK CITY, by and through AMERICAN FORK POLICE DEPARTMENT (AFPD); AND JOHN AND JANE DOES 1-10,<br><br>        Defendants. | **DEFENDANTS' RULE 68 OFFER OF JUDGMENT**<br><br>Civil No. 2:22-cv-00137-RJS<br>Judge Robert J. Shelby |

Defendants D.T. Cannon, C. Kinnaman, S. Blackburn, Sgt. Q. Adamson, American Fork City and American Fork Police Department (hereinafter collectively "Defendants"), by and through counsel and pursuant to Fed. R. Civ. P. 68, submits an Offer of Judgment to the Plaintiff, Cody Wayne Greenland, in the sum of $25,000 (TWENTY-FIVE THOUSAND DOLLARS AND 00/100s), inclusive of damages, costs, interest and attorney's fees incurred by Plaintiff. This offer shall remain open to Plaintiff for 14-days as provided by Rule 68. If said offer is not accepted, Plaintiff is hereby notified that the Defendants intend to seek its costs and all other benefits allowed under Rule 68.

1

DATED this 1st day of April, 2022.

**PLANT, CHRISTENSEN & KANELL**

STEWART B. HARMAN
CARSON M. FULLER
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2022, I electronically served a true and correct copy of the foregoing, through the Utah District Court E-filing System, to the following:

Robert B. Sykes
C. Peter Sorensen
Christina D. Isom
**SYKES MCALLISTER LAW OFFICES, PLLC**
311 S. State Street, Suite 240
Salt Lake City, Utah 84111
Telephone No. (801) 533-0222
bob@sykesmcallisterlaw.com
pete@sykesmcallisterlaw.com
christina@sykesmcallisterlaw.com
*Attorneys for Plaintiff*

  */s/ Arielle Schmidt*