**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| **CODY WAYNE GREENLAND,**<br><br>**Plaintiff,**<br><br>vs.<br>**D.T. CANNON, C. KINNAMAN, S. BLACKBURN; SGT. Q. ADAMSON, American Fork Police Officers, AMERICAN FORK CITY, by and through AMERICAN FORK POLICE DEPARTMENT (AFPD); and JOHN AND JANE DOES 1-10,**<br><br>**Defendants.** | **SCHEDULING ORDER**<br><br>**Civil No. 2:22-cv-00137-RJS**<br><br>**Judge Robert J. Shelby**<br><br>**Magistrate Judge Dustin B. Pead** |

Pursuant to Fed.R.Civ.P. 16(b), the Court received the Attorney Planning Report filed by counsel. (ECF No. 17.)  Consistent therewith, the following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause pursuant to Fed.R.Civ.P. 6. Pursuant to Fed. R. Civ. P. 5(b)(2)(D), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by either (i) notice of electronic filing, or (ii) e-mail transmission. Such electronic service will constitute service and notice of entry as required by those rules. Any right to service by USPS mail is waived.

**\*\*ALL TIMES 11:59 PM UNLESS INDICATED\*\***

| 1. | PRELIMINARY MATTERS | DATE |
|---|---|---|

The nature of the claims and affirmative defenses is:

alleged civil right violations of Benjamin Herold by St. George Police Officers. The affirmative defenses are set forth in Defendants' answer.

| | | | |
|---|---|---|---|
| a. | Date the Rule 26(f)(1) conference was held? | | *03/28/2022* |
| b. | Have the parties submitted the Attorney Planning Meeting Form? | | *04/08/2022* |
| c. | Deadline for 26(a)(1) initial disclosure? | | *04/25/2022* |

**2.**    **DISCOVERY LIMITATIONS**                                                **NUMBER**

| | | |
|---|---|---|
| a. | Maximum Number of Depositions by collective Plaintiff(s) | *15* |
| b. | Maximum Number of Depositions by collective Defendant(s) | *15* |
| c. | Maximum Number of Hours for Each Deposition (unless extended by agreement of parties) | *7* |
| d. | Maximum Interrogatories by any Party to any Party | *20* |
| e. | Maximum requests for admissions by any Party to any Party | *20* |
| f. | Maximum requests for production by any Party to any Party | *20* |

g.   The Parties shall handle discovery of electronically stored information as follows: the parties will produce documents in PDF format. If native form is necessary, the parties will work to resolve the matter informally and seek Court intervention where necessary.

h.   The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as follows: The parties have not agreed to an order regarding claims of privilege or protection as trial preparation material asserted after production but will if necessary.

| | | |
|---|---|---|
| i. | Last day to serve written discovery: | *10/24/22* |
| j. | Close of fact discovery: | *11/29/22* |

**3.     AMENDMENT OF PLEADINGS/ADDING PARTIES[1]**          **DATE**

| | | |
|---|---|---|
| a. | Last Day to File Motion to Amend Pleadings | *07/31/22* |
| b. | Last Day to File Motion to Add Parties | *07/31/22* |

**4.     RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS**          **DATE**

**Disclosures**

| | | |
|---|---|---|
| a. | Plaintiffs | *12/29/22* |
| b. | Defendants | *01/30/23* |

**Reports**

| | | |
|---|---|---|
| a. | Plaintiffs | *01/20/23* |
| b. | Defendants | *02/20/23* |
| c. | Plaintiffs' and Defendants' Rebuttal | *03/17/23* |

**5.     OTHER DEADLINES**          **DATE**

| | | |
|---|---|---|
| a. | Last day for Expert discovery | *03/30/23* |
| b. | Deadline for filing dispositive or potentially dispositive motions | *04/24/23* |
| c. | Deadline for filing partial or complete motions to exclude expert testimony | *05/08/23* |

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

|  | |
|---|---|
| **Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed:** | *05/01/23* |

**At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 4th quarter of 2023.**

**6.        SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION                DATE**

a.    Referral to Court-Annexed Mediation:                                    *No*

b.    Referral to Court-Annexed Arbitration                                    *No*

c.    The parties will complete Private Mediation/Arbitration by:      *N/A*

d.    Evaluate case for Settlement/ADR on                                      *After decision on any Dispositive Motions*

e.    Settlement probability:                                                          *Fair*

DATED: April 11, 2022.

Signed
BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge

4