**STEWART B. HARMAN, #11313**
**CARSON M. FULLER, #17571**
**PLANT, CHRISTENSEN & KANELL**
*Attorney for Defendants*
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
Telephone: (801) 363-7611
Email: sharman@pckutah.com; cfuller@pckutah.com

IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CODY WAYNE GREENLAND,<br><br>    Plaintiff,<br><br>v.<br><br>D.T. CANNON, C. KINNAMAN, S. BLACKBURN; SGT. Q. ADAMSON, American Fork Police Officers, AMERICAN FORK CITY, by and through AMERICAN FORK POLICE DEPARTMENT (AFPD); AND JOHN AND JANE DOES 1-10,<br><br>    Defendants. | **STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>Civil No. 2:22-cv-00137-RJS<br><br>Judge Robert J. Shelby |

Plaintiff Cody Greenland, through his undersigned counsel, and Defendants D.T. Cannon, C. Kinnaman, S. Blackburn, Sgt. Q. Adamson, American Fork City, and American Fork Police Department (collectively, "Defendants"), through their undersigned counsel, hereby stipulate that this action and all claims and causes of action asserted therein should be dismissed, in their entirety, on the merits and with prejudice, with the parties to bear their own respective costs and attorney's fees. The parties jointly move the Court for an order of dismissal with prejudice in accordance with this stipulation.

\\

1

DATED this 20<u>th</u> day of July, 2022.

**SYKES MCALLISTER LAW OFFICES, PLLC**

*/s/ Christina D. Isom*
Robert B. Sykes
C. Peter Sorensen
Christina D. Isom
*Attorneys for Plaintiff*
*\*\*E-signed with permission\*\**

DATED this 20<u>th</u> day of July, 2022.

**PLANT CHRISTENSEN & KANELL**

Stewart B. Harman
Carson M. Fuller
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2022, I electronically served a true and correct copy of the foregoing, through the Utah District Court E-filing System, to the following:

Robert B. Sykes
C. Peter Sorensen
Christina D. Isom
**SYKES MCALLISTER LAW OFFICES, PLLC**
311 S. State Street, Suite 240
Salt Lake City, Utah 84111
Telephone No. (801) 533-0222
bob@sykesmcallisterlaw.com
pete@sykesmcallisterlaw.com
christina@sykesmcallisterlaw.com
*Attorneys for Plaintiff*

_/s/ Arielle Schmidt_____

3